UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NICHOLAS ADDUCI, on behalf of himself
and all others similarly situated,

          Plaintiff,

-against-

SWISSPORT FUELING, INC.,

          Defendant.

Case No. 22 Civ. 1172 (KAM)(ARL)

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P 41(a)(1), the parties hereby stipulate to dismiss this action with prejudice, with each party bearing its own costs and fees.

Dated: July 11, 2022

/s John E. MacDonald
John E. MacDonald, Esq.
Constangy, Brooks, Smith & Prophete, LLP
*Attorneys for Defendant*

/s Michael John Palitz
Michael John Palitz, Esq.
Shavitz Law Group, P.A.
*Attorneys for Plaintiff*

*Kiyo A. Matsumoto, USDJ*
7.12.2022

8366167v1